UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE ESTRADA, a minor, by and through his proposed guardian ad litem, EMILY PRIETO; OLGA TOVAR, FRANCISCO MADARIAGA and JAIME MADARIAGA-GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-373-AJB (BGS)<br><br>ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>— |

GOOD CAUSE APPEARING, THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for SILVESTRE ESTRADA, a minor.

THE COURT THUS ORDERS that EMILY PRIETO is hereby appointed as the guardian ad litem for her son, SILVESTRE ESTRADA, a minor, for the reasons set forth in the application.

The scope of this appointment includes, but is not limited to, the right to file any action under federal law and/or the supplemental jurisdiction of this Court (28 U.S.C. § 167) on behalf of SILVESTRE ESTRADA, a minor and to manage its

///

prosecution to entry of final judgment, including settlement and any appeal, if necessary. **Note, any dismissal or settlement must be approved by the court.**

IT IS SO ORDERED.

Dated: March 23, 2022

Hon. Anthony J. Battaglia
United States District Judge