UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silvestre ESTRADA, *a minor, by and through is proposed guardian ad litem Emily Prieto*, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Defendant. | Case No.:  22-cv-00373-AJB-BGS<br><br>**ORDER SETTING DISCOVERY DISPUTE BRIEF DEADLINE** |

On October 24, 2022, counsel for both parties called the Court regarding a discovery dispute.  The dispute involves a redacted document that Plaintiffs received from Defendant that related to an after-action report about the underlying matter.  Defendant provided this after-action report, subject to redactions. Plaintiffs requested that the Court look at this after-action report in camera and determine whether any already made redactions should be removed.  Defendant claimed that these redactions were made on the basis that they are protected by the deliberative process privilege.

Accordingly, the Court **ORDERS** the parties file a Joint Brief as follows:

1. The Joint Brief must be filed on or before **November 7, 2022** at **4:00 PM**, with **EIGHT (8) PAGES** as the maximum amount of pages per party.
2. To the extent the briefing relies on exhibits, the exhibits must be either quoted or summarized within the briefing.

1

3. The Court expects the parties to exchange arguments beforehand and address each other's arguments in the brief.
4. The Court reminds the parties that they are to continue propounding discovery and that a discovery dispute is not in itself good cause to extend the scheduling order.
5. The Court will take the matter under submission.

**IT IS SO ORDERED**.

Dated: October 28, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge