UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silvestre ESTRADA, *a minor, by and through is proposed guardian ad litem Emily Prieto, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 22-cv-00373-AJB-BGS<br><br>**SEALING ORDER**<br><br>**[ECF No. 30]** |

The parties have filed a joint motion to file Exhibits 1 and 2 to their joint discovery brief under seal, and to allow Defendant, the United States of America, to file Exhibit 3 to the parties' joint discovery brief ex parte and under seal. (ECF Nos. 29 and 30.)

"A 'good cause' showing will suffice to seal documents produced in discovery." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (2006) (citing Fed. R. Civ. P. 26(c)). "[W]hen a district court grants a protective order to seal documents during discovery, 'it already has determined that good cause exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" *Id.* at 1179-80 (quoting *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1313 (2002)).

This Court previously granted the parties' joint motion for a Protective Order.

1

22-cv-00373-AJB-BGS

(ECF No. 22.)  Furthermore, the Court concludes there is good cause to seal all three exhibits after its in camera review of Exhibits 1, 2, and 3 because it finds that some of the information in all three exhibits may fall within the deliberative process privilege.  See *Kamakana*, 447 F.3d at 1180.

The Court, therefore, finds good cause to **GRANT** the joint motion to file Exhibits 1 and 2 under seal, and to allow Defendant to file Exhibit 3 ex parte and under seal, pending further order of this Court.

**IT IS SO ORDERED.**

Hon. Bernard G. Skomal
United States Magistrate Judge

Dated:  December 6, 2022