UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silvestre Estrada, *a minor, by and through is proposed guardian ad litem Emily Prieto*, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 22-cv-00373-AJB-BGS<br><br>**ORDER CONTINUING REMAINING EXPERT-RELATED DATES**<br><br>**[ECF 37]** |

On April 24, 2023, the parties filed a Joint Motion to Continue Remaining Expert Related Dates. (ECF 37.) Their motion seeks to extend the Expert and Rebuttal Expert Disclosure deadlines and the Expert Discovery Cutoff two weeks. (*Id.*) The motion is **GRANTED**.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court's "primary focus is on the movant's diligence in seeking amendment." *Morales v. Chula Vista*, No. 07-cv-0186 DMS (WMC), 2008 WL 11508595, at *2 (S.D. Cal. Apr. 15, 2008). The parties' joint motion "must include a declaration from counsel of record detailing the steps taken to comply with the dates and deadlines set in the order, and the specific reasons why deadlines cannot be met,

as well as the specific discovery that has been conducted, and what specific discovery remains outstanding." Judge Skomal's Chambers Rules, Section III.C.

First, the parties' motion does not include a declaration from counsel of record with the specific information required under the Chambers' Rules.  The motion notes that attorneys for Plaintiff and Defendant have each recently finished two-week long trials and need additional time to complete the disclosures and prepare for depositions. (ECF 37.) The motion requests only a brief continuance of dates for three events, with all other scheduling order dates to remain in effect. (*See* ECF 27.)  Although the parties have failed to comply with the Chambers' Rules, due to the request involving only a brief continuance and applying to only three events with no effect on other scheduling order dates, the Court finds good cause to the grant the extension.[1]

**IT IS SO ORDERED**.

Dated:  April 26, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] Future requests to amend the schedule must comply with Judge Skomal's Chambers' Rules.