UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silvestre Estrada, *a minor, by and through is proposed guardian ad litem Emily Prieto*, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.: 22-cv-00373-AJB-BGS<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE REMAINING LITIGATION DEADLINES**<br><br>**[ECF 39]** |

On June 13, 2023, the parties filed a Joint Motion to Continue Remaining Litigation Deadlines. (ECF 39.) On April 26, 2023, this Court granted the parties' motion to continue expert-related dates two weeks. (ECF 38.) The parties' current motion seeks to extend all remaining applicable deadlines (*see* ECF 27, 38) 60 days. (*Id.*) The motion is **GRANTED IN PART**.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court's "primary focus is on the movant's diligence in seeking amendment." *Morales v. Chula Vista*, No. 07-cv-0186 DMS (WMC), 2008 WL 11508595, at *2 (S.D. Cal. Apr. 15, 2008).

The parties have exchanged expert reports and rebuttal reports.  (ECF 39 at 5.)  Their motion indicates they cannot, however, complete expert witness depositions before the expert discovery deadline.  (*Id.*)  They indicate one attorney for Plaintiff will be involved in a three-week trial with another court in this district at the end of this month, another will be involved in a trial at the end of July, and another recently underwent a surgery preventing him from working for a brief period.  (*Id.* at 6.)

While the Court is mindful of the parties' need to have enough time to complete necessary discovery, the Court must regulate the scheduling order to efficiently move toward resolution of the case.  Given that the Court has already extended all expert-related deadlines once (*see* ECF 38), the Court finds good cause to GRANT the motion IN PART and extends remaining deadlines in this case 45 days only.  Accordingly, the remaining deadlines in the Scheduling Order are extended as follows:

| | |
|---|---|
| Expert Discovery Deadline | August 10, 2023 |
| Dispositive Motions Filing Deadline | August 25, 2023 |
| Mandatory Settlement Conference (MSC) Briefs | October 27, 2023 |
| MSC | November 10, 2023, at 2:00 p.m. |
| Rule 26(a)(3) Pretrial Disclosures | November 26, 2023 |
| Meet and Confer on Pretrial Conference Order (PTO) | December 3, 2023 |
| Objections to PTO | December 8, 2023 |
| Lodgment of PTO | December 15, 2023 |
| Final Pretrial Conference | December 21, 2023, at 2:00 p.m. |

This Order modifies these deadlines only.  All other requirements of the Scheduling Order (ECF 27) remain in effect.

**IT IS SO ORDERED**.

Dated:  June 14, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge

22-cv-00373-AJB-BGS