UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE ESTRADA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 22-cv-00373-AJB-DTF<br><br>**ORDER REQUIRING SUPPLENTAL DISCLOSURES OF TRIAL EVIDENCE AND EXHIBITS** |

    The Court has set a March 20, 2025 Pretrial Conference in this case. Pursuant to Civ. L. R. 16.1.f.6., counsel have submitted a Pretrial Conference Order. Upon review, the Court finds that counsel have failed to properly list exhibits for trial as required under Civ. L. R. Rule 16.1.f.6.(c)4.

    Paragraph 4(a) requires: "A list of all exhibits that counsel actually expect to offer at trial with a one-sentence description of the exhibit." Paragraph 4(b) requires: "A list of all other exhibits that counsel do not expect to offer at this time but reserve the right to offer if necessary at trial with a one-sentence description of the exhibit." Counsel have instead forecast presenting a joint exhibit list at some future date. This isn't helpful nor allowed in this case. The exhibits, proposed and reserved, are important in the Court's assessment of allowable trial time.

Accordingly, the Court orders counsel to strictly comply with Rule 16.1.f.6.(c)4, <u>no later than March 18, 2025</u>. Counsel may submit a Joint Exhibit List in compliance with this Order. A Joint Exhibit List will be required prior to the established trial date.

**IT IS SO ORDERED**.

Dated: March 3, 2025

Hon. Anthony J. Battaglia
United States District Judge