UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE ESTRADA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cv-00373-AJB-BJW<br><br>**ORDER STAYING CASE AND CONTINUING TRIAL DEADLINES** |

On March 20, 2025, the Court set this matter for bench trial to begin on November 4, 2025. (Doc. No. 81.) On the following day, the Court issued a bench trial preparation and scheduling order setting an October 28, 2025 deadline for the parties to (1) file stipulations and agreements, (2) submit a joint exhibit list, and (3) file a final joint witness list. (Doc. No. 83 ¶¶ 3–4, 13.)

At midnight on September 30, 2025, funding for the United States Department of Justice expired and appropriations to the Department lapsed. Temporary General Order Staying Civil Matters Involving the United States as a Party ¶ 1, *In re Federal Lapse in Appropriations*, 25-mc-01937-BAS (S.D. Cal. Oct. 7, 2025) ("General Order No. 766").

On October 6, 2025, the Court scheduled a telephonic status conference with the parties to address whether a continuance of the bench trial dates is needed in light of the lapse in appropriations. (Doc. No. 89.)

The following day, on the United States' *ex parte* motion, the Court issued a general order staying certain civil matters involving the United States as a party, "unless otherwise ordered by the assigned district judge." General Order No. 766 ¶ 7.

The Court and the parties met telephonically on October 9, 2025. (Doc. No. 90.)

**IT IS HEREBY ORDERED** that, in light of General Order No. 766 and the discussion from the telephonic status conference, this action is **STAYED**.

The Court further **ORDERS** that the bench trial dates beginning on November 4, 2025 (Doc. No. 81) and the pre-trial submission deadlines (Doc. No. 83 ¶¶ 3–4, 13) are **CONTINUED**. Bench trial is tentatively **SET** for January 20, 2026, at 9:00 AM in Courtroom 4A before the undersigned. Trial will be held from January 20, 2026, to January 23, 2026; and from January 27, 2026, to January 30, 2026. The October 28, 2025 deadline for the parties to (1) file stipulations and agreements, (2) submit a joint exhibit list, and (3) file a final joint witness list (*see* Doc. No. 83 ¶¶ 3–4, 13) is tentatively **CONTINUED** to January 13, 2026.

**IT IS SO ORDERED.**

Dated: October 10, 2025

Hon. Anthony J. Battaglia
United States District Judge